# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NORMA CISNEROS, individually and on behalf all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) Case No. 1:21-cv-04285 |
| NUANCE COMMUNICATIONS, INC., | ) ) ) Hon. John J. Tharp Jr. |
| Defendant. | ) ) ) |

## DEFENDANT NUANCE COMMUNICATIONS, INC.'S
## NOTIFICATION AS TO AFFILIATES

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.2, Defendant Nuance Communications, Inc. ("Nuance"), by and through its counsel, hereby submits this notification as to affiliates.

1. Nuance does not have any publicly held affiliates that own more than 5% of Nuance's stock.


Dated: August 12, 2021            NUANCE COMMUNICATIONS, INC.

                                             By: */s/ David C. Layden*
                                                   One of its attorneys

David C. Layden
Elena M. Olivieri
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654
(312) 222-9350

## **CERTIFICATE OF SERVICE**

I certify that on August 12, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.

*/s/ David C. Layden*