# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NORMA CISNEROS, individually and on behalf all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) NUANCE COMMUNICATIONS, INC., ) ) Defendant. ) ) ) | Case No. 1:21-cv-04285<br><br>Hon. John J. Tharp Jr. |

## DEFENDANT NUANCE COMMUNICATIONS, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant Nuance Communications, Inc. ("Nuance") respectfully moves this Court for the entry of an Order extending the time for Nuance to respond to Plaintiff Norma Cisneros' complaint to and including September 17, 2021. In support of this motion, Nuance states as follows:

1. Plaintiff Norma Cisneros filed this action on May 12, 2021 in the Circuit Court of Cook County, Illinois, Chancery Division. Plaintiff served a summons and a copy of the complaint on Nuance on or about July 12, 2021.

2. Nuance timely removed the action to this Court on August 11, 2021. Pursuant to Fed. R. Civ. P. 81(c)(2)(C), Nuance's response to Plaintiff's complaint currently is due August 18, 2021.

3. Nuance and its counsel are working diligently to investigate the facts and law pertinent to Plaintiff's claims. Nuance has determined, however, that it will need additional time to prepare and file a response to Plaintiff's complaint.

4. Nuance's counsel, David Layden, has communicated with Plaintiff's counsel, Brandon Wise, and determined that Plaintiff has no objection to a 30-day extension – to September 17, 2021 – of the time for Nuance to file a response to the complaint.

5. This is Nuance's first request for an extension of this deadline.

6. Nuance respectfully submits that the requested extension of time will not prejudice any party or delay this action.

WHEREFORE, for the reasons set forth above, Nuance respectfully requests that the Court grant this motion and enter an Order extending the time for Nuance to file a response to Plaintiff's complaint to and including September 17, 2021.

Dated: August 12, 2021                              NUANCE COMMUNICATIONS, INC.

                                                    By: */s/ David C. Layden*_____
                                                         One of its attorneys

David C. Layden
Elena M. Olivieri
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654
(312) 222-9350

## **CERTIFICATE OF SERVICE**

I certify that on August 12, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.

*/s/ David C. Layden*