IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NORMA CISNEROS, individually and on behalf all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> NUANCE COMMUNICATIONS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:21-cv-04285 <br><br> Hon. John J. Tharp Jr. |

**DEFENDANT NUANCE COMMUNICATIONS, INC.'S MOTION
TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)**

Defendant Nuance Communications, Inc. ("Nuance") respectfully moves this Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for the entry of an Order dismissing Plaintiff Norma Cisneros' Amended Complaint (Dkt. 14) in its entirety and with prejudice. Nuance is submitting herewith a Memorandum in support of this Motion.

WHEREFORE, for all of the reasons set forth in its supporting Memorandum, Defendant Nuance Communications, Inc. respectfully requests that the Court grant this Motion and enter an Order dismissing Plaintiff's Amended Complaint in its entirety and with prejudice, and providing for such other and further relief as is just and appropriate.


Dated: November 12, 2021                                NUANCE COMMUNICATIONS, INC.

                                                        By: /s/ David C. Layden
                                                            One of its attorneys

David C. Layden
Elena M. Olivieri
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654
(312) 222-9350
DLayden@jenner.com
EOlivieri@jenner.com

## **CERTIFICATE OF SERVICE**

I certify that on November 12, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.

*/s/ David C. Layden*